IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ, | |
|     Plaintiff, | No. C 11-00780 JSW |
| v. | |
| PATRICK R DONAHOE, et al., | **ORDER REGARDING PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
|     Defendants.          / | |

      The Court is in receipt of Plaintiff's response to the Order to Show Cause. The Court construes the request made in Plaintiff's response as a motion to appoint counsel. Pursuant to 28 U.S.C. § 1915(e)(1), the Court may request that an attorney represent a person who is unable to afford counsel. Unless a party may lose her physical liberty if she loses the case, there is generally no constitutional right to an attorney in a civil action. *See Lassiter v. Dep't of Soc. Serv. of Durham Cnty., N.C.*, 452 U.S. 18, 25 (1981); *Nicholson v. Rushen*, 767 F.2d 1426, 1427 (9th Cir. 1985) (citation omitted). Nonetheless, the court may request counsel under § 1915(e)(1), but only in "exceptional circumstances." *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). To determine whether "exceptional circumstances" exist, the trial court should evaluate (1) the likelihood of the indigent party's success on the merits and (2) the indigent party's ability to articulate her claims in light of the complexity of the legal issues involved. *Id.* "Neither of these factors is dispositive and both must be viewed together before reaching a decision." *Id.* (quotations and citation omitted).

      While this Order should not be construed as a prejudgment of Plaintiff's claims, at this time the Court declines to exercise its discretion to appoint counsel as this case does not appear

to present an exceptional circumstance meriting appointment of counsel.  Accordingly, Plaintiff's request for appointment of counsel is DENIED.

Without making any endorsement in this regard, Plaintiff is advised that the San Francisco Bar Association operates a lawyer referral service which may be helpful in securing pro bono counsel.  The Court HEREBY ADVISES Plaintiffs that a Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney.  The Court also advises Plaintiffs that they also may wish to seek assistance from the Legal Help Center.  Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

Plaintiff shall file an opposition to Defendants' motion to dismiss by no later than July 22, 2011.  Defendants shall file their reply, if any, by no later than July 29, 2011.  The hearing on Defendants' motion to dismiss is HEREBY RESET for August 26, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  June 24, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VALASQUEZ,

    Plaintiff,

  v.

PATRICK R DONAHOE et al,

    Defendant.
                               /

Case Number: CV11-00780 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: June 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk